UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# MEMORANDUM

| Case No. | CV 11-8860 DSF (PLAx) | Date | 12/9/11 |
|---|---|---|---|
| Title | Ani Ghazarian v. Oxy Beverages Handelsgesellschaft mbH, et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (In Chambers) Order to Show Cause re Subject Matter Jurisdiction; Order DENYING Ex Parte Application for Alternative Service (Docket No. 5)

The Court's previous Order to Show Cause re Subject Matter Jurisdiction was sent in error. The Court has reviewed the complaint and is not convinced that the amount in controversy in this case exceeds $75,000. In a standard class action, for diversity jurisdiction to exist, at least one named plaintiff must claim to be entitled to relief that exceeds $75,000. See Exxon Mobil Corp. v. Allapattah Servs., Inc., 125 S. Ct. 2611, 2615 (2005). It is facially unlikely that the named plaintiff is entitled to relief in excess of $75,000 related to the retail purchase of fraudulent water. Therefore, Plaintiff is ordered to show cause, in writing, by December 20, 2011, why the case should not be dismissed for lack of subject matter jurisdiction.

The ex parte application for alternative service is DENIED without prejudice given the Court's apparent lack of subject matter jurisdiction.

IT IS SO ORDERED.